IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01118-BNB

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR Group),
WILLIAM LONG, and
WILLIAM FREDRICKS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2010

GREGORY C. LANGHAM
                 CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 17, 2010, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01118-BNB

Theresa L. Dowling
13764 W. 84th Ave.
Arvada, CO 80005

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/17/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk