IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01118–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR GROUP),
WILLIAM LONG, and
WILLIAM FREDRICKS

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Block out Phone Number and Address on All Court Documents for Personal Safety" (#17, filed August 24, 2010) and "Motion to Seal Phone Number and Address on All Court Documents for Personal Safety" (#19, filed August 25, 2010) are DENIED.

Local Rule 7.2.C provides that a motion to seal or restrict public access shall address, at a minimum:
1. the nature of the material or the proceeding at issue;
2. the private interest that, when weighed against the qualified right or presumption of public access to court files and proceedings, warrants the relief sought;
3. the clearly defined and serious injury that would result of the relief sought is not granted; and
4. why a less restrictive alternative to the relief sought is not practicable or would not adequately protect the interest in question.

D.C.COLO.LCivR 7.2.C.  Plaintiff has not addressed all of these points.  Moreover, Plaintiff's concern appears to relate to Defendants', not the public's, access to her phone number and address.  An order sealing the case from the public would not resolve this concern.

Pursuant to Local Rule 10.1K, any attorney or pro se party filing a paper shall include a signature block at the end of the paper providing a mailing address and telephone number. A post office box will be accepted as a mailing address, but a street address must also be provided. D.C.COLO.LCivR 10.1K. All future papers filed shall comply with Local Rule 10.1K.

Dated: August 26, 2010