IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01118–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR GROUP),
WILLIAM LONG, and
WILLIAM FREDRICKS

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Counsel for Defendant Sturgeon Electric Company, Inc." (#26, filed September 27, 2010). Being otherwise fully advised, it is hereby ORDERED that the Motion (#26) is GRANTED. Attorney Kathy Hix is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Hix from the electronic certificate of mailing.

Dated: September 27, 2010