IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01118–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR GROUP),
WILLIAM LONG, and
WILLIAM FREDRICKS

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for an Extension of Time of 120 Days" (Doc. No. 30, filed November 5, 2010) is GRANTED in part. Due to the constraints of Fed. R. Civ. P. 16(b)(2), this court cannot postpone proceedings in this case for 120 days. The Scheduling Conference has been reset to December 16, 2010, at 9:45 a.m. The proposed Scheduling Order shall be filed no later than December 9, 2010. The Fed. R. Civ. P. 26(f) P scheduling/planning conference shall take place no later than November 26, 2010. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before December 9, 2010.

Plaintiff is reminded of her duty to confer on motions and other disputes, pursuant to D.C.COLO.LCivR 7.1A, before a motion is filed. Future motions filed without conferring may be stricken.

Dated: November 9, 2010