IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01118–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR GROUP),
WILLIAM LONG, and
WILLIAM FREDRICKS

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff's Motion for Permission to Use Pattern Interrogatories as one Interrogatory." (Doc. No. 74, filed 5/27/2011.) Plaintiff seeks to use pattern interrogatories approved by the Colorado Supreme Court and have each interrogatory, including subparts, counted as only one interrogatory, "as is the standard in Colorado State Courts." (Id. at 1.) In federal court, discrete subparts are counted as separate interrogatories. *See* Fed. R. Civ. P. 33(a)(1). The motion is GRANTED IN PART and DENIED IN PART. Plaintiff may ask any interrogatory she chooses but is advised that subparts will be counted as provided for in Fed. R. Civ. P. 33.

Dated: May 31, 2011.