IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01118–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

STURGEON ELECTRIC (MYR GROUP),
WILLIAM LONG, and
WILLIAM FREDRICKS

    Defendants.

## ORDER

This matter is before the court on Plaintiff's submission, *ex parte,* of a medical record as discussed during the May 11, 2011 hearing and pursuant to Defendant's contested Interrogatory No. 6.

The plaintiff has submitted a document which she claims is the complete medical record concerning two visits with Janet Coutts, therapist, which she referenced at the hearing. The court has reviewed the document and finds that it is relevant pursuant to Fed. R. Civ. P. 26(b), in that it appears to indicate two visits with Ms. Coutts during the time period in question, arguably relating to claimed mental anguish or emotional distress. Further, it appears to the court, based upon the statements made by Plaintiff at the hearing and by the contents of the record itself, that

the record as provided is likely the complete file, as attested to by Plaintiff in her un-notarized declaration attached thereto.

Plaintiff is therefore **ORDERED** to produce the one page medical record to the Defendant as a specific response to Interrogatory No. 6.  The document should be marked "Confidential Medical Records" and may not be disseminated outside this litigation.  The plaintiff is also **ORDERED** to certify, by **notarized** declaration that the record provided is, to the best of her knowledge, the complete medical record with respect to this treatment provider.  The document and the **notarized** declaration shall be transmitted to the Defendants by the Plaintiff on or before July 13, 2011.

It is further **ORDERED** that the *ex parte* document submitted to the Court by the Plaintiff shall be electronically scanned and filed to be held under seal, unavailable to the public and to the parties, until further order of court.

Dated this 7th day of July, 2011.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge