# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-01118-REB-KMT | FTR - Courtroom C-201 |
| **Date:** October 28, 2011 | Deputy Clerk, Nick Richards |
| | |
| THERESA L. DOWLING, | Pro Se |
|     Plaintiff, | |
| v. | |
| STURGEON ELECTRIC (MYR GROUP), WILLIAM LONG, and WILLIAM FREDRICKS, | Danielle S. Urban Todd Arthur Fredrickson |
|     Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**
**Court in session: 9:27 a.m.**
Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion of Plaintiff's Motion to Strike the Pre-Trial Order of Sturgeon Electric [Doc. No. 147, filed October 27, 2011] and the supplements to the Motion, documents 148, 149, 150, and 151, provided by Ms. Dowling on October 27, 2011.

It is **ORDERED**:    Plaintiff's Motion to Strike [147] is **DENIED** for reasons stated on the record.

Discussion and review of the Proposed Final Pretrial Order.

**ORDERED**:  The Final Pretrial Order will not be entered at this time.  Defense counsel will send the most recent copy of the Final Pretrial Order to Ms. Dowling today so she may enter her input to the sections discussed on the record.  Plaintiff will enter her portions of the Order and send it to opposing counsel by 6:00 p.m. on October 31, 2011.  Defense counsel may object to the form of the Final Pretrial Order by 6:00 p.m. on November 1, 2011.

           If no objection is filed, the Court shall enter the Final Pretrial Order on November 2, 2011.

A 10-day jury trial is set before District Judge Robert E. Blackburn for November 28, 2011 at 8:30 a.m. A Trial Preparation Conference is set for November 4, 2011 at 3:30 p.m.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 10:26 a.m.**
Hearing concluded.
Total In-Court Time     00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.