**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01118-REB-KMT

THERESA L. DOWLING,

      Plaintiff,

v.

STURGEON ELECTRIC,
WILLIAM LONG, and
WILLIAM FREDRICKS,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on plaintiff's **Opposed Motion To Strike** [#221][2] filed December 12, 2011.  The motion is **DENIED**.  If the plaintiff wishes to reschedule a hearing concerning the defendant's bill of costs, the plaintiff may file a motion asking that the hearing be reset.

      Dated:  December 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.